IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| SANDRA BAKER, | ) | |
| on behalf of plaintiff and a class, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 6:13-cv-1319 [FJS/ATB] |
| | ) | |
| COHEN & SLAMOWITZ, LLP, | ) | |
| DAVID A. COHEN and | ) | |
| MITCHELL G. SLAMOWITZ, | ) | |
| | ) | |
| Defendants | ) | |

**REPORT ON THE STATUS OF SETTLEMENT**

Plaintiff hereby informs the Court that on August 20, 2014, defendant sent plaintiff's counsel a draft settlement agreement for review. The parties are still in the process of memorializing the terms of the settlement and anticipate filing a stipulation of dismissal shortly.

Respectfully Submitted,

s/Tiffany N. Hardy
Tiffany N. Hardy

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Tiffany N. Hardy
EDELMAN, COMBS LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

1

## CERTIFICATE OF SERVICE

      I, Tiffany N. Hardy, hereby certify that on August 25, 2014, I caused to be filed the foregoing document via the CM/ECF System, which sent notification of such filing to the following party via electronic mail:

Andrew C. Sayles   asayles@connellfoley.com

Mark F. Viencek   mark@vienceklaw.com

Michael J. Hutter , Jr   mhutter@Powers-Santola.com

                                                      s/Tiffany N. Hardy
                                                       Tiffany N. Hardy