IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SANDRA BAKER, ) | |
| on behalf of plaintiff and a class, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 6:13-cv-1319 [FJS/ATB] |
| ) | |
| COHEN & SLAMOWITZ, LLP, ) | |
| DAVID A. COHEN and ) | |
| MITCHELL G. SLAMOWITZ, ) | |
| ) | |
| Defendants ) | |

## STATUS REPORT

Plaintiff hereby informs the Court that the parties have reached a settlement in this case and are in the process of documenting and finalizing a settlement agreement. Plaintiff is currently waiting to hear from defendant regarding plaintiff's proposed revisions to the agreement.

Respectfully Submitted,

s/Tiffany N. Hardy
Tiffany N. Hardy


Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Tiffany N. Hardy
EDELMAN, COMBS LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

1

## CERTIFICATE OF SERVICE

  I, Tiffany N. Hardy, hereby certify that on September 15, 2014, I caused to be filed the foregoing document via the CM/ECF System, which sent notification of such filing to the following party via electronic mail:

Andrew C. Sayles asayles@connellfoley.com

Mark F. Viencek mark@vienceklaw.com

Michael J. Hutter , Jr mhutter@Powers-Santola.com

                s/Tiffany N. Hardy
                Tiffany N. Hardy